IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUDRINA MINTO, a/k/a ARTURO MINTO, | : | |
| Plaintiff, | : | Civil Action No.: 18-2800 |
| -against- | : | |
| KATHY L. RUMER, D.O., F.A.C.O.S. and DELAWARE VALLEY AESTHETICS, PLLC d/b/a RUMER COSMETIC SURGERY, | : | FILED<br>JUL 23 2018<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |
| Defendants. | : | |

### CERTIFICATE OF MERIT AS TO DEFENDANT
### DELAWARE VALLEY AESTHETICS, PLLC d/b/a RUMER COSMETIC SURGERY

I, Kristy L. Bruce, Esquire, certify that:

The claim that this defendant deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the Complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm to plaintiff, Audrina Minto.

Date:   7/20/18

*signature*
Kristy L. Bruce, Esquire
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUDRINA MINTO, a/k/a ARTURO MINTO,        :
                                          :
                Plaintiff,                :   Civil Action No.: 18-2800
                                          :
        -against-                         :
                                          :
KATHY L. RUMER, D.O., F.A.C.O.S.          :
and DELAWARE VALLEY AESTHETICS, PLLC :
d/b/a RUMER COSMETIC SURGERY,             :
                                          :
                Defendants.               :

**FILED**

JUL 23 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

### CERTIFICATE OF MERIT AS TO DEFENDANT KATHY L. RUMER, D.O., F.A.C.O.S.

I, Kristy L. Bruce, Esquire, certify that:

An appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the defendant, Kathy L. Rumer, D.O., F.A.C.O.S., in the treatment, practice or work that is the subject of the Complaint fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm to plaintiff, Audrina Minto.

Date:  7/20/18

_____
Kristy L. Bruce, Esquire
Attorney for the Plaintiff