IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDRINA MINTO A/K/A ARTURO MINTO | : |
| v. | : |
| KATHY L. RUMER, D.O., F.A.C.O.S;<br>DELAWARE VALLEY AESTHETICS, PLLC<br>D/B/A RUMER COSMETIC SURGERY | : CIVIL ACTION NO. 2:18-cv-02800 |

DISCLOSURE STATEMENT FORM

Please check one box:

☑       The nongovernmental corporate party, Delaware Valley Aesthetics, PLLC d/b/a/ Rumer Cosmetic Surgery, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐       The nongovernmental corporate party, Delaware Valley Aesthetics, PLLC d/b/a Rumer Cosmetic Surgery, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

SEPTEMBER 12, 2018                                                   _____[signature]_____
Date                                                                                 Signature

                    Counsel for:   Kathy L. Rumer, D.O. and Delaware Valley
                                          Aesthetics, PLLC d/b/a Rumer Cosmetic Surgery

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a) WHO MUST FILE; CONTENTS.   A nongovernmental corporate party must file two copies of a disclosure statement:
    (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
    (2) states that there is no such corporation.
  (b) TIME TO FILE; SUPPLEMENTAL FILING.   A party must:
    (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
    (2) promptly file a supplemental statement if any required information changes.