**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AUDRINA MINTO,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civ. No. 18-2800** |
| | : | |
| **D.O. KATHY L. RUMER, et al.** | : | |
| **Defendants.** | : | |

<u>**N O T I C E**</u>

    **AND NOW**, this 17th day of September, 2018, please take note that a **PRELIMINARY PRETRIAL CONFERENCE** in the above-captioned case will be held on **October 24, 2018** at **11:00 a.m.** before the Honorable Paul S. Diamond in Room 14614, United States District Court, 601 Market Street, Philadelphia, PA 19106.

    Lead Trial Counsel shall **ATTEND** the conference. Counsel should be familiar with all aspects of the case and shall have full authority to negotiate an amicable settlement.

    Any communications with the Court should be directed to 267-299-7730.

**COUNSEL MUST BE ACCOMPANIED BY HIS OR HER CLIENT OR, IN THE CASE OF CORPORATE PARTIES, AN EMPLOYEE OR REPRESENTATIVE WITH <u>FULL SETTLEMENT AUTHORITY</u>.**

<u>**FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTIONS.**</u>

*All official filings submitted to the Clerk of the Court must be filed directly on ECF.*

ATTEST:                                                          or BY THE COURT:

       */s/ Richard C. Thieme*

BY: _____                    _____
     Richard C. Thieme                                      Paul S. Diamond, J.
     Deputy Clerk