IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUDRINA MINTO, a/k/a ARTURO MINTO,  :
:
                   Plaintiff,  :   Civil Action No.: 18-2800
:
-against-  :
:
KATHY L. RUMER, D.O., F.A.C.O.S.  :
and DELAWARE VALLEY AESTHETICS, PLLC :
d/b/a RUMER COSMETIC SURGERY,  :
:
                   Defendants.  :

## MOTION FOR ADMISSION PRO HAC VICE
## PURSUANT TO LOCAL RULE 83.5.2(b)

NOW COME the Plaintiff, Audrina Minto, by and through her attorney, Kristy L. Bruce, Esquire, member of the bar of the United States District Court for the Eastern District of Pennsylvania, who moves this Honorable Court for Admission Pro Hac Vice of Scott H. Seskin, Esquire for purposes of this particular proceeding and in support thereof, states as follows:

1. Kristy L. Bruce, Esquire of The Rubinstein Law Firm, 1675 Whitehorse Mercerville Road, Suite 206, Hamilton, New Jersey 08619, is a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania and is counsel for plaintiff.

2. Scott H. Seskin, Esquire is a member in good standing of the State and Federal bars in New York, New Jersey and Washington DC.

3. Plaintiff, Audrina Minto, desires that attorney Scott H. Seskin assist in representing her interests because of his familiarity with the party, the facts of her case and current cause of action. Additionally, plaintiff resides in New York and Mr. Seskin's office is in New York.

4. Wherefore, the movant, Kristy L. Bruce, Esquire, respectfully moves this Honorable Court for an Order granting leave to permit the admission Pro Hac Vice of Scott H. Seskin, Esquire, for the purposes of this particular action.

Respectfully submitted,

*Kristy L. Bruce*
Kristy L. Bruce, Esq.
Attorneys for Plaintiff
The Rubinstein Law Firm, LLC
1675 Whitehorse Mercerville Rd., Ste. 206
Hamilton, New Jersey 08619
T: (609) 392-7600
F: (609) 964-1785

Dated: 10/5/18