**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AUDRINA MINTO, | : | |
|         Plaintiff, | : | |
|     v. | : | Civ. No. 18-2800 |
| | : | |
| D.O. KATHY L. RUMER, et al. | : | |
| | : | |
|         Defendants. | : | |

# **N O T I C E**

**AND NOW**, this 9th day of October, 2018, please take note that the preliminary pretrial conference in the above-captioned case scheduled for October 24, 2018 at 11:00 a.m. before the Honorable Paul S. Diamond in Room 14614, United States District Court, 601 Market Street, Philadelphia, PA 19106 is **CANCELED**.

ATTEST:                                                                  or BY THE COURT:

   */s/ Richard C. Thieme*
BY:
   Richard C. Thieme                                              Paul S. Diamond, J.
   Deputy Clerk