### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDRINA MINTO,         :  | |
|        Plaintiff,     : | |
|                           : | |
|    v.                        :   | Civ. No. 18-2800 |
|                           : | |
| KATHY L. RUMER, et al.,     : | |
|        Defendants.   : | |

### O R D E R

**AND NOW**, this 12th day of October, 2018, upon consideration of Defendants' Motions to Compel (Doc. Nos. 12, 13, 14), it is hereby **ORDERED** that:

1. A telephone conference is scheduled in the above-captioned case on **Tuesday, October 16, 2018 at noon** to discuss Defendants' Motions to Compel. Defendants' counsel shall initiate the telephone conference and call Judge Diamond's Chambers at 267-299-7730;

2. Defendants' counsel shall **ENSURE** that counsel for Respondents Montefiore Medical Center Radiology Department, HIM – Montefiore, and Dr. David Samson Dayan-Rosenman receive a copy of this Order; and

3. Counsel for Montefiore and Dr. Samson Dayan-Rosenman **SHALL** participate in the telephone conference.

*FAILURE TO COMPLY MAY RESULT IN SANCTIONS.*

                                                **AND IT IS SO ORDERED.**

                                                */s/ Paul S. Diamond*

                                                _____

                                                Paul S. Diamond, J.