## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AUDRINA MINTO,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 18-2800** |
| | : | |
| **KATHY L. RUMER, et al.,** | : | |
| **Defendants.** | : | |

## O R D E R

    **AND NOW**, this 30th day of October, 2018, it is hereby **ORDERED** that Plaintiff's

Application for Admission *Pro Hac Vice* of Scott Seskin, Esq. (Doc. No. 8) is **GRANTED**.

 

                        **AND IT IS SO ORDERED.**

                        */s/ Paul S. Diamond*
                        _____

                        Paul S. Diamond, J.