**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AUDRINA MINTO,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 18-2800** |
| | : | |
| **KATHY L. RUMER, et al.,** | : | |
| **Defendants.** | : | |

---

### AMENDED SCHEDULING ORDER

**AND NOW**, this 31st day of October, 2018, upon consideration of the Parties' Joint Letter requesting an extension of time for discovery, it is hereby **ORDERED** that this Court's October 9, 2018 Scheduling Order (Doc. No. 10) is **AMENDED** as follows:

1. All fact discovery will be completed **no later than** December 10, 2018;

2. This matter is referred to United States Magistrate Judge Timothy R. Rice for a settlement conference on or about **December 11, 2018**.  PLAINTIFF'S COUNSEL SHALL CONTACT DEFENDANT'S COUNSEL, AND THEN THE PARTIES SHALL JOINTLY CONTACT JUDGE RICE'S CHAMBERS TO ARRANGE THIS CONFERENCE.  If the Parties believe that a settlement conference would be helpful at an earlier time, they are directed to contact Judge Rice to schedule the same.  Judge Rice will require that lead counsel and Parties with full settlement authority attend the conference;

3. Following the Parties' settlement conference, the Parties shall jointly **SUBMIT** proposed deadlines for expert discovery; and

4. The **CLERK of COURT** shall **STAY** all other deadlines in my October 9, 2018 Scheduling Order (Doc. No. 10) for the above-captioned matter.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____

Paul S. Diamond, J.