# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDRINA MINTO, : | |
|         Plaintiff, : | |
| : | |
| v. : | Civ. No. 18-2800 |
| : | |
| KATHY L. RUMER, et al., : | |
|         Defendants. : | |

## O R D E R

**AND NOW**, this 30th day of November, 2018, it is hereby **ORDERED** that Defendants' Motions to Compel (Doc. Nos. 12, 13, 14) are **DENIED as moot**.

                                        **AND IT IS SO ORDERED.**

                                        */s/ Paul S. Diamond*

                                        _____
                                        Paul S. Diamond, J.