IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUDRINA MINTO | : | CIVIL ACTION |
| *Also known as* | : | |
| ARTURO MINTO | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 18-2800 |
| | : | |
| D.O. KATHY L. RUMER | : | |
| *F.A.C.O.S.* | : | |
| Defendant. | : | |

NOTICE

A settlement conference will be held on <u>January 31, 2019</u> at <u>1:30 P.M.</u> before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. District Courthouse, 601 Market Street, Philadelphia, PA 19106.

- Please notify the Court if settlement is not a real possibility.

- <u>The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference.</u>  Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, <u>defendant should arrange a telephone conference with chambers and counsel for plaintiff.</u>

- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled in-person settlement conference. Please contact chambers to arrange a pre-conference telephone call.

Please complete the attached summary and email it to chambers_of_magistrate_judge_timothy_rice@paed.uscourts.gov or fax to (267) 299-5064 **on or before <u>January 14, 2019</u>.**

*/s/ Chavela M. Settles*
Chavela M. Settles
Deputy Clerk to the
Honorable Timothy R. Rice
U.S. Magistrate Judge

Date:    December 21, 2018
Cc:       Counsel of record

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend.  Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

## SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____          JURY  /  NONJURY

(Circle One)

        TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

    Name: _____

    Address: _____

    Phone: _____
    Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

        Name of Individual with Ultimate Settlement Authority who will be present at the settlement
    conference (include company and position where applicable):

    _____

MOTIONS  PENDING:

    _____

    _____
    _____

OTHER RELEVANT MATTERS:

    _____

    _____

    _____

PRIOR OFFERS / DEMANDS:

    _____
    _____

ATTACH SYNOPSIS OF CASE  <u>(LIMITED TO ONE –TWO PAGES)</u>