

# GERMAN, GALLAGHER & MURTAGH
A Professional Corporation

Attorneys at Law

| | | | |
|---|---|---|---|
| DEAN F. MURTAGH | KATHRYN A. DUX | THE BELLEVUE - SUITE 500<br>200 S. BROAD STREET<br>PHILADELPHIA, PA 19102-3814 | EDWARD C. GERMAN<br>1922 - 2009 |
| GARY R. GREMMINGER * | KIM R. PLOUFFE | | |
| JOHN P. SHUSTED * | GARY H. HUNTER | | MICHAEL D. GALLAGHER<br>1949 - 1999 |
| JEFFREY D. LAUDENBACH * | MARNI J. STAHL * | TELEPHONE (215) 545-7700<br>FAX (215) 732-4182<br>Email: goebelc@ggmfirm.com | |
| CHILTON G. GOEBEL, III | YANA N. SHAPIRO * | | NEW JERSEY OFFICE<br>20 BRACE ROAD, SUITE 200<br>CHERRY HILL, NJ 08034<br>TELEPHONE (856) 235-8022<br>FAX (856) 235-6392 |
| MICHAEL J. DOLAN * | JACOB C. LEHMAN * | | |
| BRIAN O. SUMNER * | MATTHEW J. McCOLGAN * | | |
| NIKKI A. MOSCO * | LAUREN A. GREEN * | Direct Dial No.<br>(215) 875-4023 | |
| SYLVIA A. McCULLOUGH | ARI J. SLIFFMAN * | | |
| ANDRE J. WEBB | | | |

*   ALSO MEMBER NJ BAR

August 19, 2019

ALFA INTERNATIONAL
THE GLOBAL LEGAL NETWORK

Honorable Paul S. Diamond
United States District Court, Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1743

   **Re: Minto v. Rumer, et al**
     **Civil Action No. 18-2800**
     **Our File No. 2710-216**

Dear Judge Diamond:

  Please be advised that the parties have reached an agreement to submit the above-captioned matter to binding high-low arbitration. The Court can remove the matter from its trial list for trial beginning Monday, September 3, 2019.

  I thank you for your attention in this regard.

          Respectfully yours,

          GERMAN, GALLAGHER & MURTAGH, P.C.

          BY: /s/ Chilton G. Goebel, III
            Chilton G. Goebel, III

CGG/bdn
cc: Scott Seskin, Esquire ss@seskinlaw.com
   Kristy L. Bruce, Esquire kbruce@njpa-law.com

1721837_1.docx