IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUDRINA MINTO,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 18-2800 |
| : | |
| **KATHY L. RUMER, et al.,** : | |
| **Defendants.** : | |

## O R D E R

**AND NOW**, this 19th day of August, 2019, upon consideration of the Parties' notification that they have agreed to submit the above-captioned matter to binding arbitration (Doc. No. 24), it is hereby **ORDERED** that:

1. All deadlines in my July 15, 2019 Scheduling Order (Doc. No. 23) are **STAYED** until further Order of this Court;

2. The **CLERK OF COURT** shall **MARK** this action as closed for statistical purposes and **PLACE** the matter in the Civil Suspense File; and

3. The Parties shall **PROVIDE** an update to my Chambers **no later than** September **30, 2019**, and every thirty days thereafter, as to the status of the arbitration proceedings.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.