# THE RUBINSTEIN LAW FIRM, L.L.C.
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| **Robert W. Rubinstein**<br>Certified by the New Jersey<br>Supreme Court as a Civil Trial Attorney<br>Admitted in NJ and FL<br><br>**Kristy L. Bruce**<br>Admitted in NJ and PA | 1675 Whitehorse Mercerville Road<br>Suite 206<br>Hamilton, NJ 08619<br>(609) 392-7600<br>Fax 609-964-1785 | www.NJPA-LAW.com<br>rrubinstein@njpa-law.com<br>kbruce@njpa-law.com |

September 30, 2019

<u>Via email to Chambers</u>
Honorable Paul S. Diamond
United States District Court, Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1743

Re:  Audrina Minto v. Kathy L. Rumer, et al.
     Civil Action No: EDPA 18-2800

Dear Judge Diamond:

    I am local counsel for plaintiff in the referenced matter. This letter provides a status update for this case pursuant to your order dated August 19, 2019. In addition to Minto v. Rumer, plaintiff and defendants agreed to remove two other matters for binding arbitration that were filed in the Eastern District Court; Coley v. Rumer (2:18-cv-01188) and Valentino v. Rumer (2:18-cv-03816). The goal is to have all three arbitration hearings on the same date or over a two day period.

    Currently, the parties are working to finalize the terms and language of the arbitration agreements. Additionally, potential arbitrator names have been exchanged.

                                        Respectfully submitted,

                                        Kristy L. Bruce

KLB/bms
cc: Chilton G. Goebel, III, Esquire
    Scott Seskin, Esquire