**Patrick Bradley**

| | |
|---|---|
| From: | Chambers of Judge Paul S Diamond |
| Sent: | Thursday, October 31, 2019 8:42 AM |
| To: | Patrick Bradley |
| Subject: | FW: Minto v. Coley, 2:18-cv-03817. |

From: Scott Seskin <ss@SESKINLAW.COM>
Sent: Wednesday, October 30, 2019 5:06 PM
To: Chambers of Judge Paul S Diamond <Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov>; Chilton G. Goebel, III <goebelc@ggmfirm.com>; Lauren Green <greenl@ggmfirm.com>; Kristy Bruce <kbruce@njpa-law.com>
Subject: Re: Minto v. Coley, 2:18-cv-03817.   18-2800

Dear Judge Diamond,

This email is written to apprise the Court as to the status of the above-referenced matter.

We are pleased to report that the parties are finalizing our agreement to proceed to arbitration, and we have agreed upon an arbitrator to hear and decide the case. We expect to conclude the agreement shortly, and will advise the Court immediately thereafter.

We look forward to hearing from the Court should it have any questions concerning our efforts to resolve this matter.

Respectfully,

Scott H. Seskin


**Scott H. Seskin, Esq.**

**SESKIN & SESKIN**

**110 East 59th Street**

**New York, NY 10022**

**(212) 751-0077**

1