## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUDRINA MINTO, | : | |
| **Plaintiff,** | : | |
| v. | : | **Civ. No. 18-2800** |
| | : | |
| D.O. KATHY L. RUMER, | : | |
| **Defendant.** | : | |

## N O T I C E

In accordance with our records, the above captioned case has been placed in the Civil Suspense File. All parties are directed to report to the Court whether the matter may be dismissed without prejudice within 21 days after receipt of this notice. If a response is not made within the set time set above, the Court may dismiss the complaint without prejudice for lack of prosecution.

ATTEST:                                                          or BY THE COURT:

     *s/ Richard C. Thieme*
BY: _____          _____
     Richard C. Thieme                              PAUL S. DIAMOND, J.
     Deputy Clerk