# THE RUBINSTEIN LAW FIRM, L.L.C.
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| **Robert W. Rubinstein**<br>Certified by the New Jersey<br>Supreme Court as a Civil Trial Attorney<br>Admitted in NJ and FL<br><br>**Kristy L. Bruce**<br>Admitted in NJ and PA | 1675 Whitehorse Mercerville Road<br>Suite 206<br>Hamilton, NJ 08619<br>(609) 392-7600<br>Fax 609-964-1785 | www.NJPA-LAW.com<br>rrubinstein@njpa-law.com<br>kbruce@njpa-law.com |

June 30, 2023

<u>Via email to Chambers</u>
Honorable Paul S. Diamond
United States District Court, Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1743

Re:  Audrina Minto v. Kathy L. Rumer, et al.
     Civil Action No: EDPA 2:18-cv-02800

Dear Judge Diamond:

    Please be advised that the above matter was referred to binding arbitration. A defense award was entered and the matter is completed. This case can be dismissed with prejudice.

Respectfully submitted,

*/s/ Kristy L. Bruce*

Kristy L. Bruce

KLB/bms
cc: John Shusted, Esquire
    Scott Seskin, Esquire