# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUDRINA MINTO,** : | |
|       **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 18-2800 |
| : | |
| **KATHY L. RUMER, et al.,** : | |
|       **Defendants.** : | |

## O R D E R

**AND NOW**, this 26th day of October, 2023, it having been reported that the issues between the Parties in the above action have been resolved, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice and without costs, pursuant to agreement of counsel. The Clerk of Court **SHALL** remove this Case from Suspense and close this Case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.